

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| NOEL LIFE, | § | No. 08-23-00055-CV |
| Appellant, | § | Appeal from the |
| v. | § | 41st Judicial District Court |
| GINO MORENA ENTERPRISES, LLC, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2021DCV4281) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 17TH DAY OF JULY 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.